118 A.3d 1105

Seth STEINMAN, Petitioner

v.

## COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.

No. 56 EM 2015.

Supreme Court of Pennsylvania.

July 8, 2015.

## *ORDER*

PER CURIAM.

**AND NOW,** this 8th day of July, 2015, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**